Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66152.—Raleigh Industries of America, Inc. *v.* United States, protests 310665-KS and 313326-KS (Detroit).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66153.—Chain Bike Corp. et al. *v.* United States, protests 313669-KS, etc. (Baltimore).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66154.—M. J. Bourgi et al. *v.* United States, protests 59/4870-S, etc. (New York).

344

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66155.—I. D. L. Mfg. & Sales Corp. *v.* United States, protests 260181–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of hand-operated, 2-hole paper punches similar in all material respects to those the subject of *United States* v. *I. D. L. Mfg. & Sales Corp.* (48 C.C.P.A. 17, C.A.D. 756), the claim of the plaintiff was sustained.

No. 66156.—Dorf International, Ltd. *v.* United States, protest 60/29366 (New York).

Opinion by LAWRENCE, J.  From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 66157.—Florea & Co., Inc. *v.* United States, protests 58/3027, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

No. 66158.—Florea & Co., Inc. *v.* United States, protests 59/13559, etc. (New York).